IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DMITRY NARODETSKY | : | CIVIL ACTION |
| v. | : | |
| CARDONE INDUSTRIES, INC., et al | : | NO. 09-4734 |

### O R D E R

AND NOW, TO WIT: this 17th day of June, 2010, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

ORDERED that the above action is DISMISSED with prejudice, pursuant to agreement of counsel without costs.

MICHAEL E. KUNZ, Clerk of Court

BY: *s/Charles J. Ervin*
Charles J. Ervin, Deputy Clerk